1    JOSEPH P. RUSSONIELLO (SBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    ANDREW Y.S. CHENG (CSBN 164613)
     Assistant United States Attorney
4

     450 Golden Gate Avenue, 9th Floor
5    San Francisco, California 94102-3495
     Telephone: (415) 436-6813
6    Facsimile:  (415) 436-6748

7    Attorneys for Federal Defendant

8

9                  UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12    HILTON I. WESLEY,             )      No. 08-2719 JCS
                              )
13        Plaintiff,             )      **FEDERAL DEFENDANT'S REQUEST**
                              )      **FOR REASSIGNMENT TO A UNITED**
14        v.                   )      **STATES DISTRICT JUDGE FOR**
                              )      **TRIAL AND DISPOSITION**
15    ROBERT M. GATES, SECRETARY OF    )
     THE U.S. DEPARTMENT OF DEFENSE,   )
16                               )
       Defendant.            )
17   _____ )

18        Defendant Robert M. Gates ("Federal Defendant"), by and through its undersigned

19    counsel, hereby declines to consent to the assignment of this case to a United States Magistrate

20    Judge for trial and disposition and hereby requests the reassignment of this case to a United

21    States District Judge.

22

23    DATED:  June 6, 2008           Respectfully submitted,

24                             JOSEPH P. RUSSONIELLO
                            United States Attorney
25

26

               By:         /s/
27                            ANDREW Y.S. CHENG
                            Assistant United States Attorney
28