| | |
|---|---|
| 1 | MARY DRYOVAGE, (CA SBN 112551) |
| 2 | Law Offices of Mary Dryovage<br>600 Harrison Street, Suite 120, |
| 3 | San Francisco, CA 94107<br>Telephone: 415 593-0095 |
| 4 | Fax. 415 593-0096<br>Email: mdryovage@igc.org |

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415/593-0083
Fax: 415/520-0920,
Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff
HILTON I. WESLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON I. WESLEY,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY,<br><br>            Defendant. | Docket No. C-08-02719-SI<br><br>**CERTIFICATE OF SERVICE** |

On June 11, 2008, I served the CASE MANAGEMENT CONFERENCE ORDER on the parties in said action by MAILING a true copy thereof enclosed in a sealed envelope, first class postage fully prepaid to the following address:

Andrew M. Cheng
Assistant U.S. Attorney
Civil Division 9th Floor
450 Golden Gate Avenue
San Francisco, CA 94102            .

            Respectfully submitted,

            /s/ Electronic Signature Authorized

            _____
            MARY DRYOVAGE
            Attorney for Plaintiff