JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, 9TH Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Fax: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY, ) | Case No.  C 08 - 2719 SI |
| ) | |
| Plaintiff, ) | NOTICE OF SUBSTITUTION OF |
| ) | COUNSEL FOR DEFENDANT |
| v. ) | |
| ) | |
| ROBERT M. GATES, SECRETARY OF ) | |
| THE U.S. DEPARTMENT OF DEFENSE ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF SUBSTITUTION - Case No. C 08 - 2719 SI

1     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Victoria R. Carradero, Assistant United States Attorney, and to withdraw the appearance of Andrew Y.S. Cheng, the Assistant United States Attorney who was formerly assigned to represent the Defendant in this case. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Victoria R. Carradero at the above mailing address, telephone number, and facsimile number. Ms. Carradero's e-mail address is victoria.carradero@usdoj.gov.

    Please also take notice that, from the date of this request, service on Defendant should be made on Ms. Carradero only. Please amend your service lists accordingly. Although Joann Swanson, Chief of the Civil Division, and Joseph P. Russoniello, United States Attorney, will appear on the pleadings with Ms. Carradero, no service need be made on them.

DATED: July 10, 2008      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
VICTORIA R. CARRADERO
Assistant United States Attorney

NOTICE OF SUBSTITUTION - Case No. C 08 - 2719 SI

1