IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 12, 2008 CASE MANAGEMENT CONFERENCES
          Defendant.
                                                    /

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the cases listed below have been continued to WEDNESDAY, OCTOBER 8, 2008, AT 3:30 P.M.  The joint case management conference statements shall be filed one week prior to the conference.

Dated: August 15, 2008                                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk