IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 12, 2008 CASE MANAGEMENT CONFERENCES
           Defendant.

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the cases listed below have been continued to WEDNESDAY, OCTOBER 8, 2008, AT 3:30 P.M. The joint case management conference statements shall be filed one week prior to the conference.

C-08-2719 HILTON I. WESLEY v. ROBERT M. GATES
Initial Case Management Conference

Dated: August 15, 2008            RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk