IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HILTON I. WESLEY,

        Plaintiff,

v.

ROBERT M. GATES,

        Defendant.
                               /

No. C 08-02719 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 16, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 1, 2009.

DESIGNATION OF EXPERTS: 5/1/09; REBUTTAL: 5/18/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 12, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by June 19, 2009;

    Opp. Due July 6, 2009; Reply Due July 13, 2009;

    and set for hearing no later than July 24, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 29, 2009 at 3:30 PM.

JURY TRIAL DATE: October 13, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Chen for settlement purposes. The settlement conference shall occur during August 2009. If Judge Chen is unable to conduct the settlement conference during August, the case shall then be reassigned to Magistrate-Judge James or Laporte.

The Court grants plaintiff one interrogatory for each affirmative defense asserted in the answer as well as what the Federal Rules allow.

All parties have agreed to preserve all evidence.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                   _____
                                                                  SUSAN ILLSTON
                                                                  United States District Judge