IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON I. WESLEY, | No. C 08-2719 SI |
| Plaintiff, | **ORDER RE: PROTECTIVE ORDER AND DISCOVERY DISPUTES** |
| v. | |
| ROBERT M. GATES, | |
| Defendant. | |

By letter briefs (Docket Nos. 21, 24, 31), the parties have submitted to the Court several disputes regarding the terms of protective order as well as a schedule for production of documents and depositions.

At the January 16, 2009 case management conference, the Court instructed the parties to agree on a protective order within ten days of the conference, and informed the parties that if they could not agree, the Court would enter the standard protective order provided as a model for litigants in the Northern District. The parties have not been able to agree on a stipulated order, and thus the Court will enter the standard order. Defendant shall respond to plaintiff's request for production of documents within 7 days of the filing of this order. If there are disputes regarding the sufficiency of defendant's document production, the parties are ordered to meet and confer prior to the filing of a motion to compel.

With the disputes over the protective order and timing over production of documents resolved, the parties should be able to schedule the remaining depositions without further Court intervention. The parties are directed to meet and confer **no later than February 11, 2009** to schedule the depositions.

If Mr. Paul's deposition cannot be scheduled until after the discovery cut-off, the parties shall ensure that his deposition takes place prior to the date for filing motions for summary judgment.

**IT IS SO ORDERED.**

Dated: February 5, 2009

SUSAN ILLSTON
United States District Judge