MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
    600 Harrison Street, Suite 120
    San Francisco, CA 94107
    Telephone: 415/593-0083
    Fax: 415/520-0920,
    Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
VICTORIA CARRADERO (SBN 217885)
Assistant United States Attorney
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-7181
    Fax: 415 436-6748
    Email: Victoria.Carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY,<br><br>            Defendant. | Docket No. C-08-2719 SI<br><br>E-FILING CASE<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF ROBERT CALIMA ON ANOTHER DATE** |

1     Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into
2 the following stipulation and request its approval by the Court.

3     WHEREAS a third-party witness, Robert Calima, appeared for deposition on May 29,
4 2009 pursuant to a subpoena.

5     WHEREAS the deposition only commenced for approximately 2.5 hours and had to be
6 suspended because of a health issue of the witness.

7     WHEREAS the fact discovery cut off date is June 1, 2009.

8     WHEREAS the parties agree that the deposition of Robert Calima will recommence on
9 a date to be determined.

10     ACCORDINGLY, the parties hereby agree that the deposition of Robert Calima can be
11 completed after June 1, 2009.

Respectfully submitted,

DATED: May 29, 2009     By: _____
    WENDY MUSELL
    Stewart & Musell
    Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 29, 2009

_____
MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for Defendant

//
//
//
//
//

Pursuant to Stipulation, **IT IS SO ORDERED** that the deposition of Robert Calima may be completed after the June 1, 2009 discovery cut-off date.

DATED:_____   _____
                        The Honorable Susan Illston
                        United States District Court Judge

STIPULATION AND [PROPOSED] ORDER ON DEPOSITION OF ROBERT CALIMA
*Wesley v. Gates*, No. C-08-2719 SI                                    Page 3