MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
   600 Harrison Street, Suite 120,
   San Francisco, CA 94107
   Telephone: 415 593-0095
   Fax. 415 593-0096
   Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
   600 Harrison Street, Suite 120
   San Francisco, CA 94107
   Telephone: 415/593-0083
   Fax: 415/520-0920,
   Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
VICTORIA CARRADERO (SBN 217885)
Assistant United States Attorney
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: 415 436-7181
   Fax: 415 436-6748
   Email: Victoria.Carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY, | Docket No. C-08-2719 SI |
| Plaintiff, | E-FILING CASE |
| v. | |
| ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY, | **STIPULATION AND [PROPOSED] ORDER TO CONDUCT DEPOSITION OF JONATHAN KAUFMANN AFTER JUNE 1, 2009 DISCOVERY CUT OFF DATE** |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER ON DEPOSITION OF JONATHAN KAUFMANN
*Wesley v. Gates,* No. C-08-2719 SI                                                                              Page 1

Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the following stipulation and request its approval by the Court.

WHEREAS a third-party witness, Jonathan Kaufmann, is resident in the state of Virginia.

WHEREAS, due to significant scheduling conflicts of the parties' counsel and the witness, the parties were unable to come to a mutually acceptable date for this out-of-state deposition prior to the fact discovery cut off date of June 1, 2009.

WHEREAS the parties previously agreed that this deposition could take place after the June 1, 2009 discovery cut-off date and have determined a mutually acceptable date for the deposition of this witness.

ACCORDINGLY, the parties hereby agree that the deposition of Jonathan Kaufmann can take place after June 1, 2009 and will take place on June 15, 2009. Defendant agrees that Plaintiff's counsel can appear telephonically for the deposition of Mr. Kaufmann.

Respectfully submitted,

DATED: June 4, 2009

_____/s/_____
WENDY MUSELL
Stewart & Musell
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 4, 2009

_____/s/_____
VICTORIA CARRADERO
Assistant U.S. Attorney
Attorneys for Defendant

Pursuant to Stipulation, **IT IS SO ORDERED** that the deposition of Jonathan Kaufmann may be taken after the June 1, 2009 discovery cut-off date.

DATED:_____ _____
The Honorable Susan Illston
United States District Court Judge