MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
    600 Harrison Street, Suite 120
    San Francisco, CA 94107
    Telephone: 415/593-0083
    Fax: 415/520-0920,
    Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
VICTORIA CARRADERO (SBN 217885)
Assistant United States Attorney
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-7181
    Fax: 415 436-6748
    Email: Victoria.Carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY,<br><br>    Defendant. | Docket No. C-08-2719 SI<br><br>E-FILING CASE<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT DEPOSITIONS OF PLAINTIFF'S EXPERTS AFTER CLOSE OF EXPERT DISCOVERY DEADLINE** |

1   Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into
2   the following stipulation and request its approval by the Court.
3   WHEREAS Plaintiff's two expert witnesses, Dr. Rajah and Dr. Mizra, were not
4   available to be deposed prior to the expert discovery cut off date but are available at 2:00 p.m.
5   on June 17, 2009 (Dr. Rajah) and 1:00 p.m. on June 29, 2009 (Dr. Mizra).
6   WHEREAS the depositions of Dr. Rajah and Dr. Mizra shall continue until 6:00 p.m.
7   on the dates above and that Dr. Rajah and Dr. Mizra shall be made available on another date if
8   the depositions cannot be completed by 6:00 p.m.
9   WHEREAS Defendant agrees to compensate Dr. Rajah and Dr. Mizra for the time
10  spent at each deposition at the rate charged by each of them for deposition testimony.
11  WHEREAS the expert discovery cut off date is June 12, 2009.
12  WHEREAS the parties agree that testimony from these depositions may be used by
13  either party in connection with briefing on summary judgment motions.
14  ACCORDINGLY, the parties hereby agree that the depositions of Plaintiff's two expert
15  witnesses, Dr. Rajah and Dr. Mizra, shall be taken on the following dates and times: 2:00 p.m.
16  on June 17, 2009 (Dr. Rajah) and 1:00 p.m. on June 29, 2009 (Dr. Mizra). The parties further
17  agree that the depositions of Dr. Rajah and Dr. Mizra shall continue until 6:00 p.m. on the
18  dates above and that Dr. Rajah and Dr. Mizra shall be made available on another date if the
19  depositions cannot be completed by 6:00 p.m.  Finally the parties agree that testimony from
20  these depositions may be used by either party in connection with briefing on summary
21  judgment motions.
22  ///
23  ///
24  ///
25  //
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER ON DEPOSITIONS OF PLAINTIFF'S EXPERTS
*Wesley v. Gates,* No. C-08-2719 SI                                                           Page 2

Respectfully submitted,

DATED: June 12, 2009    _____/s/_____
WENDY MUSELL
Stewart & Musell
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 12, 2009

_____/s/_____
MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for Defendant

Pursuant to Stipulation, **IT IS SO ORDERED** that, notwithstanding the June 12, 2009 expert discovery cut off, the depositions of Plaintiff's two expert witnesses, Dr. Rajah and Dr. Mizra, shall be taken on the following dates and times: 2:00 p.m. on June 17, 2009 (Dr. Rajah) and 1:00 p.m. on June 29, 2009 (Dr. Mizra). These depositions shall continue until 6:00 p.m. on the dates above and Dr. Rajah and Dr. Mizra shall be made available on another date if the depositions cannot be completed by 6:00 p.m. Defendant shall compensate Dr. Rajah and Dr. Mizra for the time spent at each deposition at the rate charged by each of them for deposition testimony. Testimony from these depositions may be used by either party in connection with briefing on summary judgment motions.

DATED:_____    _____
The Honorable Susan Illston
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER ON DEPOSITIONS OF PLAINTIFF'S EXPERTS
*Wesley v. Gates,* No. C-08-2719 SI    Page 3