MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
    600 Harrison Street, Suite 120
    San Francisco, CA 94107
    Telephone: 415/593-0083
    Fax: 415/520-0920,
    Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
VICTORIA CARRADERO (SBN 217885)
Assistant United States Attorney
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-7181
    Fax: 415 436-6748
    Email: Victoria.Carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY, | Docket No. C-08-2719 SI |
| Plaintiff, | E-FILING CASE |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DUE DATE FOR PARTIES TO SUBMIT JOINT LETTER BRIEF RE OUTSTANDING DISCOVERY ITEMS UNTIL JULY 22, 2009** |
| ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY, | |
| Defendant. | |

1  Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into
2  the following stipulation and request its approval by the Court.
3  WHEREAS the parties have met and conferred regarding the subject matters set forth in
4  the parties' discovery motions (Docket Nos. 48-97, 115-124). The parties are pleased to report
5  that the vast majority of the matters raised with the Court have been resolved to the parties'
6  satisfaction.
7  WHEREAS a handful of issues still exist and the parties are continuing to attempt to
8  resolve these outstanding discovery issues.
9  WHEREAS, in order to attempt to resolve these final issues, the parties are requesting
10 from the Court until July 22, 2009, in order to provide the Court briefing regarding the
11 outstanding issues the parties were not able to resolve. The parties also will provide at that time
12 a stipulation and order memorializing the agreements reached between the parties on the
13 outstanding discovery disputes that the parties were able to resolve.
14 ACCORDINGLY, the parties hereby agree that the due date for the parties to submit
15 the joint letter brief required in the Court's order of July 2, 2009 (Docket Entry No. 128) is
16 continued to July 22, 2009.

Respectfully submitted,

DATED: July 15, 2009

_____/s/_____
WENDY MUSELL
Stewart & Musell
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 15, 2009

_____/s/_____
VICTORIA CARRADERO
Assistant U.S. Attorney
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER
*Wesley v. Gates,* No. C-08-2719 SI  Page 2

1  Pursuant to Stipulation, **IT IS SO ORDERED** that the due date for the parties to submit the
2  joint letter brief required in the Court's order of July 2, 2009 (Docket Entry No. 128) is
3  continued to July 22, 2009.

4

5  DATED:_____        _____
6                                The Honorable Susan Illston
                                  United States District Court Judge