```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, California 94102-3495
       Telephone:   (415) 436-7181
7      Facsimile:   (415) 436-6748
       Email:       victoria.carradero@us.doj.gov
8
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HILTON I. WESLEY, | ) | No. C 08-2719 SI |
|---|---|---|
| Plaintiff, | ) ) | **[PROPOSED] ORDER ON DEFENDANT'S ADMINISTRATIVE MOTION REGARDING EVIDENCE SUBMITTED IN REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY, | ) ) ) | |
| Defendant. | ) ) ) | Hearing Date: July 31, 2009<br>Hearing Time: 9:00 a.m.<br>Judge: Susan Illston<br>Dept: 10, 19th Floor |

On July 20, 2009, Defendant filed an Administrative Motion regarding the sealing of certain records lodged/filed in support of Defendant's Reply Memorandum in Support of Defendant's Motion for Summary Judgment.

Having reviewed the papers, and good cause appearing therefore, the Court hereby grants Defendant's limited request to seal DCAA 0525, which is included within Exhibit 1 to the Declaration of Terri Faloney in Support of Defendant's Reply Memorandum in Support of Motion for Summary Judgment ("Faloney Dec.,"), Docket Entry No. 155. The clerk is hereby ordered to remove this page from the public record and replace it with the redacted version attached to this order. The remainder of Exhibit 1 shall remain in the public record.

**IT IS SO ORDERED.**

DATED: July ___, 2009

_____
Hon. Susan Illston
United States District Court Judge

DEFENDANT'S ADMINISTRATIVE MOTION
C 08-2719 SI               1