1  MARY DRYOVAGE, (CA SBN 112551)
   Law Offices of Mary Dryovage
2       600 Harrison Street, Suite 120,
        San Francisco, CA 94107
3       Telephone: 415 593-0095
        Fax. 415 593-0096
4       Email: mdryovage@igc.org

5  WENDY MUSELL (CA SBN 203507)
   Stewart & Musell
6       600 Harrison Street, Suite 120
        San Francisco, CA 94107
7       Telephone: 415/593-0083
        Fax: 415/520-0920,
8       Email: wmusell@stewartandmusell.com

9  Attorneys for Plaintiff

10 JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
11 JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
12 VICTORIA CARRADERO (SBN 217885)
   Assistant United States Attorney
13 MICHAEL T. PYLE (SBN 172954)
   Assistant United States Attorney
14
        450 Golden Gate Avenue, Box 36055
15      San Francisco, CA 94102-3495
        Telephone: 415 436-7181
16      Fax: 415 436-6748
        Email: Victoria.Carradero@usdoj.gov
17
   Attorneys for Defendant

18                UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                 SAN FRANCISCO DIVISION

21

22  HILTON I. WESLEY,                    Docket No. C-08-2719 SI

23             Plaintiff,                E-FILING CASE

24  v.                                   **STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE DUE DATE
25  ROBERT M. GATES, SECRETARY OF        FOR PARTIES TO SUBMIT JOINT
    THE U.S. DEPARTMENT OF DEFENSE,      LETTER BRIEF RE OUTSTANDING
26  DEFENSE CONTRACT AUDIT AGENCY,       DISCOVERY ITEMS UNTIL JULY 27,
                                         2009**
27             Defendant.

28

STIPULATION AND [PROPOSED] ORDER
*Wesley v. Gates,* No. C-08-2719 SI                                 Page 1

1    Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into

2   the following stipulation and request its approval by the Court.

3    WHEREAS the parties have met and conferred regarding the subject matters set forth in

4   the parties' discovery motions (Docket Nos. 48-97, 115-124). The parties are pleased to report

5   that the vast majority of the matters raised with the Court have been resolved to the parties'

6   satisfaction.

7    WHEREAS a handful of issues still exist and the parties are continuing to attempt to

8   resolve these outstanding discovery issues.

9    WHEREAS, the Court previously gave the parties until July 22, 2009  to submit the

10   joint letter brief required in the Court's order of July 2, 2009 (Docket Entry Nos. 128 & 150),

11   but the parties are still working to resolve several outstanding discovery issues.

12    ACCORDINGLY, the parties hereby agree that the due date for the parties to submit

13   the joint letter brief required in the Court's order of July 2, 2009 (Docket Entry No. 128) is

14   continued to July 27, 2009.

15                                        Respectfully submitted,

16

17

18   DATED: July 22, 2009

19                                        _____/s/_____
                                          WENDY MUSELL
20                                        Stewart & Musell
                                          Attorneys for Plaintiff

21
                                          JOSEPH P. RUSSONIELLO
22                                        United States Attorney

23
     DATED: July 22, 2009                 _____/s/_____
24                                        VICTORIA CARRADERO
                                          Assistant U.S. Attorney
25                                        Attorneys for Defendant

26

27   Pursuant to Stipulation, **IT IS SO ORDERED** that the due date for the parties to submit the

28   joint letter brief required in the Court's order of July 2, 2009 (Docket Entry No. 128) is

STIPULATION AND [PROPOSED] ORDER
*Wesley v. Gates,* No. C-08-2719 SI                                          Page 2

1  continued from July 22, 2009 (Docket Entry No. 150) to July 27, 2009.

2

3  DATED:_____          _____

4                                  The Honorable Susan Illston
                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
*Wesley v. Gates,* No. C-08-2719 SI                                      Page 3