MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
  600 Harrison Street, Suite 120,
  San Francisco, CA 94107
  Telephone: 415 593-0095
  Fax. 415 593-0096
  Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
  600 Harrison Street, Suite 120
  San Francisco, CA 94107
  Telephone: 415/593-0083
  Fax: 415/520-0920,
  Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
VICTORIA CARRADERO (SBN 217885)
Assistant United States Attorney
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102-3495
  Telephone: 415 436-7181
  Fax: 415 436-6748
  Email: Victoria.Carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY, | Docket No. C-08-2719 SI |
| Plaintiff, | E-FILING CASE |
| v. | |
| ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CERTAIN PRE-TRIAL DUE DATES** |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER ON MODIFYING CERTAIN PRE-TRIAL DUE DATES
*Wesley v. Gates,* No. C-08-2719 SI                                                                                     Page 1

Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the following stipulation and request its approval by the Court.

WHEREAS the pre-trial conference in this matter is currently set for October 20, 2009.

WHEREAS the current pre-trial order in this matter calls for the parties to submit certain pre-trial submissions 10 court days and 5 court days before the pre-trial conference.

WHEREAS the Colombus Day holiday requires the parties' initial pre-trial submissions to be filed on Monday, October 5, 2009 and other submissions to be filed on October 13, 2009.

WHEREAS the parties request a short continuance of the pre-trial submission dates to permit the parties a few more days to meet and confer and prepare the filings.

ACCORDINGLY, the parties hereby agree that the pre-trial submissions set forth in the Court's order that are due 10 court days prior to the pre-trial conference will be due on October 8, 2009 (7 court days prior to the pre-trial conference) and the pre-trial submissions that are due 5 court days before the pre-trial conference will be due on October 16, 2009 (2 court days prior to the pre-trial conference).

Respectfully submitted,

DATED: September 29, 2009

By:
_____/s/_____
MARY DRYOVAGE
Law Offices of Mary Dryovage
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: September 29, 2009

_____/s/_____
MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for Defendant

//
//
//
//

1 | Pursuant to Stipulation, **IT IS SO ORDERED** that all pre-trial filings originally set to be filed
2 | on October 5, 2009 are now due on **October 8, 2009** and all pre-trial filings set to be filed on
3 | October 13, 2009 are now due on **October 16, 2009.**

5 | DATED:_____    _____
       The Honorable Susan Illston
6 |    United States District Court Judge

STIPULATION AND [PROPOSED] ORDER ON MODIFYING CERTAIN PRE-TRIAL DUE DATES
*Wesley v. Gates,* No. C-08-2719 SI                                    Page 3