MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
    600 Harrison Street, Suite 120
    San Francisco, CA 94107
    Telephone: 415/593-0083
    Fax: 415/520-0920
    Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff
HILTON I. WESLEY

JOSEPH P. RUSSONIELLO (SBN 118321)
United States Attorney
VICTORIA CARRADERO (SBN 217885)
Assistant United States Attorney
MICHAEL PYLE (SBN 1721854)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-7181
    Fax: 415 436-6748
    Email: Victoria.Carradero@usdoj.gov
    Email: Michael.T.Pyle@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILTON I. WESLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT M. GATES, SECRETARY OF THE U.S. DEPARTMENT OF DEFENSE, DEFENSE CONTRACT AUDIT AGENCY,<br><br>    Defendant. | Case No. C09-2719-SI (MEJ)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned action be and hereby is dismissed with

1 | prejudice.

2 | RESPECTFULLY SUBMITTED,

3 | LAW OFFICES OF MARY DRYOVAGE

4 | Dated: Oct. 13, 2009

5 | *[signature]*

6 | MARY DRYOVAGE
Attorney for Plaintiff

7 | STEWART & MUSELL

8 | Dated: 10·13·09

9 | *[signature]*

10 | WENDY MUSELL
Attorney for Plaintiff

11 |

12 | JOSEPH P. RUSSONIELLO
United States Attorney

13 | Dated: 12/9/09

14 | *[signature]*

15 | VICTORIA CARRADERO
Attorney for Defendant

16 | Dated: 12/9/09

17 | *[signature]*

18 | MICHAEL T. PYLE
Attorney for Defendant

19 |

20 | **ORDER**

21 | The Court, having been informed that the parties have stipulated to the dismissal of this action with prejudice,

22 | **IT IS SO ORDERED.**

23 |

24 | Dated: _____

25 | THE HONORABLE SUSAN ILLSTON
United States District Court